UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DIX ROSS,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br>Defendant. | Case No.: 3:25-cv-894-CAB-LR<br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>**[Doc. No. 15]** |

On June 26, 2026, United States Magistrate Judge Lupe Rodriguez Jr. filed a Report and Recommendation affirming the decision of the Commissioner of Social Security to deny Plaintiff Richard Dix Ross' application for social security disability benefits and supplemental security income benefits. [Doc. No. 15.] The parties had fourteen days to file objections to the Report and Recommendation. [*Id.* at 35.] No party filed an objection.

The district court reviewing a decision of the Commissioner of Social Security may enter a "judgment affirming, modifying, or reversing" the Commissioner's decision. 42 U.S.C. § 405(g). "The district judge must 'make a de novo determination of those portions of the report . . . to which objection is made,' and 'may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate.'" *Campuzano v. Comm'r of Soc. Sec.*, No. 20-CV-721-WQH-WVG, 2021 WL 3848164, at *1 (S.D. Cal.

Aug. 27, 2021) (quoting 28 U.S.C. § 636(b)(1)). However, the district judge need not review de novo those portions of a report and recommendation to which neither party objects. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."). The Court has reviewed the record, parties' briefing, and Report and Recommendation. The Court finds the Report and Recommendation to be correct, well-reasoned, and thorough, and thus adopts it in every respect.

Accordingly, the Court **ADOPTS** Magistrate Judge Rodriguez Jr.'s Report and Recommendation and **AFFIRMS** the Commissioner of Social Security's decision to deny Plaintiff Ross' application.

It is **SO ORDERED**.

Dated: July 21, 2026

Hon. Cathy Ann Bencivengo
United States District Judge